```
                                            FILED
                                    U.S. DISTRICT COURT
                                    DISTRICT OF NEBRASKA
    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEBRASKA    13 APR 24  PM 4:07

                                     OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR252 |
| vs. | |
| MICHAEL A. SMITH, | VERDICT FORM |
| Defendant. | |

## COUNT 1

Knowingly Aiming the Beam of a Laser Pointer at an Aircraft

Find one of the following:
(Place an 'X' beside one, **but only one**, of the two statements).

    __X__    A.     We find the defendant, Michael A. Smith, guilty beyond a reasonable doubt of knowingly aiming the beam of a laser pointer at an aircraft.

    _____    B.     We find the defendant, Michael A. Smith, not guilty of knowingly aiming the beam of a laser pointer at an aircraft.

## EXECUTION OF VERDICT FORM

The foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.

Dated this 24th day of April, 2013.

_____
(FOREPERSON